UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.2**
Eastern Division

Katherine Puffer

                              Plaintiff,

v.                                                       Case No.: 1:04−cv−05764
                                                                                                              Honorable Sidney I. Schenkier

Allstate Insurance Company

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, April 13, 2009:

      MINUTE entry before the Honorable Sidney I. Schenkier:Status hearing held. The Court approves the form of notice to be given to former putative class members. The Court orders that the cost of providing the notice be borne as follows: (1) plaintiff shall pay the cost of defendant assembling the list of persons who will receive the notice, up to a capped amount of $3,000.00, with defendant to bear any costs of assembling the list that exceed $3,000.00; (2) an outside service shall be retained to receive the list of recipients and to perform the mailing of the notice; and (3) the first $6,000.00 of any costs for the outside service shall be borne equally by plaintiff and defendant, with any costs that exceed $6,000.00 to be borne solely by defendant. By 04/27/09, the parties shall submit a joint statement that addresses (1) the schedule for completing discovery of plaintiff's individual claims, and (2) any issues concerning contact by defendant with defendant's employees. The matter is set for a status hearing on 04/29/09 at 9:00 a.m.Mailed notice(wyh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.